UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFALFA GREEN,<br>        Plaintiff,<br>   v.<br>MARY BATCHELOR, et al.,<br>        Defendants. | Case No. 19-cv-00893-DMR (PR)<br><br>**ORDER OF TRANSFER** |

      Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. He has also filed an *in forma pauperis* application, but it is not signed and does not include any supporting documents. Dkt. 2.

      Plaintiff has consented to magistrate judge jurisdiction in this action, which has been assigned to the undersigned Magistrate Judge. Dkt. 5.

      The acts complained of occurred at California State Prison - Solano in Solano County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

      All remaining pending motions are TERMINATED on this court's docket as no longer pending in this district.

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail it to that district.

IT IS SO ORDERED.

Dated: March 26, 2019

YupDONNA M. RYU
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFALFA GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>MARY BATCHELOR, et al.,<br><br>    Defendants. | Case No. 4:19-cv-00893-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lifalfa Green ID: H-42401
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: March 26, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU