UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFALFA GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY BATCHELOR,<br><br>    Defendant. | Case No. 2:19-cv-00538-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 28 |

Plaintiff has filed a motion to modify the July 30, 2020 discovery and scheduling order to extend the deadline for completion of discovery by 90 days. ECF No. 28. Defendant has filed a statement of non-opposition to plaintiff's motion. ECF No. 29.

Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion to modify the July 30, 2020 discovery and scheduling order, ECF No. 28, is granted;

2. The dedline for completion of discovery is extended to April 1, 2021. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than January 28, 2021.

3. The deadline for filing dispositive motions is extended to June 1, 2021.

IT IS SO ORDERED.

Dated:   December 29, 2020                   /s/ Jeremy Peterson

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE