IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIFALFA GREEN,** | Case No. 2:19-cv-0538-TLN-JDP (PC) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **MARY BATCHELOR,** | |
| Defendant. | |

The court, having considered defendant's motion to modify the Discovery and Scheduling Order, and good cause having been found:

**IT IS ORDERED** that the deadline to file dispositive motions is extended to July 31, 2021.

IT IS SO ORDERED.

Dated: June 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE